# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| XIAOLEI LI, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAVID S. LIN,<br><br>　　　　Defendant. | Case No.: 2:21-cv-01524-JAD-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiffs failed to file certificates of interested parties. Accordingly, each Plaintiff must file a certificate of interested parties no later than September 13, 2021.

IT IS SO ORDERED.

Dated: August 30, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE