# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| XIAOLEI LI, et al.,<br>　　　Plaintiffs,<br>v.<br>DAVID S. LIN,<br>　　　Defendant. | Case No.: 2:21-cv-01524-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 16, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: November 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge