Xiaolei Li
2721 S Miller Ln,
Las Vegas, NV, 89148
7256665504

Yuezhou Han
201 E Washington St, Unit 903
Iowa City, IA, 52240
7028855818

David S. Lin, ESQ.
LAW OFFICES OF DAVID S. LIN
Attorney at Law
80 S. Lake Ave., Suite 512
Pasadena, Ca 91101
Telephone: 626.792 9688
Facsimile: 626.792.9116

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| XIAOLEI LI, et al., | Case No.: 2:21-cv-01524-JAD-NJK |
| Plaintiffs, | |
| vs. | **ORDER DENYING MOTION TO DISMISS AS MOOT IN LIGHT OF IMPENDING SETTLEMENT** |
| DAVID S. LIN, | |
| Defendant | ECF No. 22 |

**NOTICE OF CONDITIONAL SETTLEMENT & JOINT STIPULATION**

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: the Parties have agreed to settle the above-captioned matter, subject to the completion of terms and conditions specified in the Settlement Agreement. Pursuant to the terms of the Settlement Agreement,

Plaintiffs will request dismissal with prejudice of this entire Action upon satisfaction of the conditions set forth therein.

In light of this conditional settlement, and pursuant to Local Rule 6-2, the Parties stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle the matter in accordance with the terms set forth in the Settlement Agreement a copy of which shall be retained by the Parties and not filed with the Court; however, to the extent necessary later to enforce the terms and conditions of the Settlement entered a copy of the Agreement will be later filed with the Court.

WHEREAS, the Parties expect such conditions of settlement to be completed within 60 days of the filing of this notice and stipulation;

WHEREAS, the Parties stipulate and respectfully request that the Court vacate all time deadlines and any Court hearing dates to the extent applicable governing this case, including Parties' deadline to file Motions, with the understanding that Plaintiffs will file a request for dismissal with prejudice of the Action following completion of the conditional terms of settlement; in the unlikely event that the settlement conditions are not completed within the time agreed by the Parties, Plaintiffs will request a further Case Management Conference to request assistance of the Court to enforce the terms and conditions of the Settlement entered and reached on this case.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court vacate all deadlines and Court hearings to the extent applicable governing this case at this time given the Conditional Settlement reached and achieved by the Parties hereto.

Respectfully submitted,

Date: March 9, 2022

\_\_/s/ Xiaolei Li_____

Xiaolei Li, Plaintiff

\_/s/ Yuezhou Han_____

Yuezhou Han, Plaintiff

_____

David S Lin, Defendant

### ORDER

    Based on the NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE DEADLINES **[ECF No. 47]** and good cause appearing, IT IS HEREBY ORDERED that all deadlines are tolled and the motion to dismiss **[ECF No. 22] is DENIED** as moot and without prejudice to its prompt refiling in the event that the settlement is not completed.  The parties must file their stipulated dismissal by May 11, 2022.

_____

U.S. District Judge Jennifer A. Dorsey
Dated: March 14, 2022